1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071-1503
   Telephone:  (213) 229-9500
4  Facsimile:   (213) 625-0248

5  Attorney for Defendant
   AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PETTERSEN, on behalf of himself, a class of persons similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>PLAYPHONE, INC., a Delaware corporation; AT&T MOBILITY LLC, an entity form and origin; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.  **'13CV1760 BEN BGS**<br><br>California State Court Case No. 37-2013-00042517-CU-BT-CTL<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FED. R. CIV. P. 7.1 AND S.D. CAL. L.R. 40.2** |

Pursuant to Federal Rule of Civil Procedure 7.1 and S.D. Cal. Civil Local Rule 40.2, Defendant AT&T Mobility LLC ("AT&T") states that it is indirectly but wholly owned by its parent corporation AT&T Inc., which is the only publicly held company that owns 10% or more of AT&T's stock.  There is no one person or group that owns 10% or more of AT&T Inc.'s stock.

Dated:     July 29, 2013         MAYER BROWN LLP


By: s/ John Nadolenco
    JOHN NADOLENCO
Attorney for Defendant
AT&T MOBILITY LLC

*Of Counsel*

MAYER BROWN LLP
ARCHIS A. PARASHARAMI
aparasharami@mayerbrown.com
JAMES F. TIERNEY
jtierney@mayerbrown.com
1999 K St. NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-5328

Attorneys for Defendant
AT&T MOBILITY LLC