MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorney for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PETTERSEN, on behalf of himself, a class of persons similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>PLAYPHONE, INC., a Delaware corporation; AT&T MOBILITY LLC, an entity form and origin; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 13-CV-1760 BEN BGS<br><br>California State Court Case No. 37-2013-00042517-CU-BT-CTL<br><br>**PROOF OF SERVICE OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446 AND SUPPORTING DOCUMENTS** |

## PROOF OF SERVICE

I, Theresa Struwe, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On July 30, 2013, I served a copy of the following document(s):

1. **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**
2. **CIVIL COVER SHEET**
3. **NOTICE OF PARTY WITH FINANCIAL INTEREST**
4. **PROOF OF SERVICE**
5. **NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**
6. **NOTICE TO SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

K. Elizabeth Dunn, Esq.
Jill E. Randall, Esq.
BUTZ DUNN & DESANTIS
A PROFESSIONAL CORPORATION
101 West Broadway, Suite 1700
San Diego, CA 92101-8289
Tel: (619) 233-4777
Fax: (619) 231-0341
*Attorneys for Defendant Playphone, Inc.*

I declare that I have made this service under the direction of a member of a bar of this Court and that the above is true and correct. I further declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 30, 2013, at Los Angeles, California.

*/s/ Theresa Struwe*
Theresa Struwe