# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PETTERSEN, on behalf of himself, a class of persons similarly situated, and the general public,,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYPHONE, INC., a Delaware corporation; AT&T MOBILITY LLC, an entity form and origin; and DOES 1 to 100, inclusive,,<br><br>Defendants. | CASE NO. 13-CV-1760 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 13) |

Presently before the Court is the parties' joint motion to voluntarily dismiss William D. Pettersen's ("Plaintiff") action against Defendant AT&T Mobility LLC ("AT&T") with prejudice. (ECF No. 13.) Good cause appearing, the Court **GRANTS** the motion. All claims and counterclaims in this action asserted by and against Plaintiff and Defendant are hereby **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**IT IS SO ORDERED**.

DATED: October 18, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge